JULIUS STRELITZER, Appellant, *v.* MILTON SCHNAIER, Respondent.

*Strelitzer* v. *Schnaier*, 139 App. Div. 901, affirmed.
(Submitted December 14, 1911; decided January 9, 1912.).

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages alleged to have been sustained by plaintiff through the tortious acts of defendant.

*Samuel Wechsler* for appellant.

*Milton Mayer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.